# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#18M0319.02

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2018CA2594 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (Include area code) |
|---|---|
| Richard Taylor | (262) 748-5255 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH 06/23/1956 MM / DD / YYYY |
|---|---|---|
| P.O. Box 345 | Kenosha, Wisconsin 53141 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area) |
|---|---|---|
| Professional Security Consultants | | (847) 672-2812 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 34 Old Orchard Shopping Center | Skokie, Illinois 60077 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Age | 11/1/17    4/19/18 ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

S E E   A T T A C H E D

Page 1 of 3

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 4th DAY OF June, 2018

X _Konah Yancy_ 06/04/2018
NOTARY SIGNATURE

X _Richard Taylor_ 6/4/18
SIGNATURE OF COMPLAINANT    DATE

OFFICIAL SEAL
KONAH YANCY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/04/19
NOTARY STAMP

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 7/12-INT)

# ILLINOIS DEPARTMENT OF
# Human Rights

## PROCEDURES FOR NON-HOUSING CHARGES

Complainant: __Richard Taylor__     Your Charge Number: __2018CA2594__

**Service of Charge:** After the Complainant files the charge, the IDHR assigns a charge number and serves the charge on the Respondent (company, union, agency, etc.). Keep a copy of your charge documents. Always refer to your charge number (above) when calling or corresponding with the IDHR.

**Responsibility to Cooperate:** Both the Complainant and Respondent ("the parties to the charge") have a responsibility to cooperate with the IDHR, and must notify us of any change in address or telephone number immediately. If we cannot reach the Complainant by telephone and do not get a response to our letters, we have to dismiss the case. The Complainant also has a responsibility to lessen the damages, including a responsibility to work.

**Role of IDHR:** The IDHR's role is to conduct a NEUTRAL and FAIR investigation of the allegations in the charge. Although the IDHR represents the state's interest in eliminating discriminatory practices in Illinois, the IDHR does not represent either party. You must obtain your own attorney if you want someone to advocate for you or represent you.

**Mediation Option:** Mediation is an opportunity to meet with the other party to discuss how the issues raised in the charge can be resolved. A mediator facilitates the mediation conference, and there is no cost to either party. Mediation is available for any employment or public accommodation charge, and conferences are held in the IDHR's Chicago office. Request mediation by calling (312) 814-6889 or email "IDHR.Mediation@illinois.gov".

**Investigation:** Once the case is assigned to an investigator, the investigator contacts both parties to discuss the case in more detail, and reviews the Respondent's response to the charge and the responses of both parties to the IDHR's questionnaires. The investigator will also ask both parties to consider a voluntary settlement that would resolve the matter. Both parties are required to attend a fact-finding conference, which is a meeting conducted by the investigator where the Complainant and representatives of the Respondent answer questions so the investigator can determine if there was a violation of the Human Rights Act ("Act"). The investigator obtains pertinent documents from both parties and contacts relevant witnesses. Both parties should answer the investigator's questions and provide as much relevant information as possible to assist in the investigation, including helping the investigator to identify pertinent documents and locate witnesses. The Act requires that the IDHR conclude all proceedings and make a finding within 365 days of the perfected charge being filed. If necessary, the investigator will request that both parties sign an extension form to give the IDHR more time to complete the investigation. If the IDHR does not make a finding by the 365th day, or within any extension of that period agreed to in writing by all parties, the Complainant may file a complaint at the Illinois Human Rights Commission ("IHRC") or commence a civil action in a state circuit court of appropriate venue during the 90-day period following the expiration of the time allowed for investigation.

**Investigation Report:** After completing the investigation, the investigator writes a report summarizing the information obtained and making a recommended finding based upon the relevant evidence. After approval, the IDHR sends a copy of the report to both parties.

**Appeal Rights:** If the IDHR dismisses the case, the Complainant has the option of either 1) filing a Request for Review with the IHRC, OR, 2) commencing a civil action in a state circuit court of appropriate venue. The Respondent may file a request for review of a notice of default recommendation. The time periods for these actions are specified in the Act.

**Public Hearing:** If evidence of discrimination is found, then Complainant has the option of either (within the time period specified in the Act) 1) requesting the IDHR to file a complaint with the IHRC on Complainant's behalf, OR, 2) commencing a civil action in a state circuit court of appropriate venue. If Complainant requests the IDHR to file a complaint with the IHRC, an IDHR attorney will be assigned to help the parties resolve or "conciliate" the charge. If a settlement agreement is not reached, upon Complainant's request the IDHR will file a Complaint of Civil Rights Violation with the IHRC on behalf of Complainant. The Complainant bears the burden of proving the case before the IHRC.

**Federal Court:** A charge with an A, E, F or L in the charge number is cross-filed with the U.S. Equal Employment Opportunity Commission ("EEOC"). The charge is assigned an EEOC charge number to protect the Complainant's federal rights, but the IDHR will conduct the investigation on EEOC's behalf. At any time, the Complainant may request a Right to Sue notice from the EEOC and file the case in federal court. Note: Complainants have no right to proceed in federal court against state agency Respondents under the ADA or ADEA. The IDHR advises consulting an attorney before withdrawing the charge to determine if this is the best course. The IDHR cannot give legal advice. If the case is filed in federal court and the Complainant has not withdrawn the charge, the IDHR will stay the investigation.

For a copy of the Human Rights Act or the IDHR's Rules and Regulations, see our web site at www.illinois.gov/dhr.

Rev. 2/18

Charge Number: 2018CA2594
Complainant: Richard Taylor
Page 2 of 3

I.    A.    ISSUE/BASIS
           UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT -FROM NOVEMBER 2017 THROUGH MARCH 29, 2018, BECAUSE OF MY AGE, 61

     B.    PRIMA FACIE ALLEGATIONS
1. My age was 61 at the time of this harm.

2. My work performance as Security Officer met Respondent's expectations. I was hired in May 2015.

3. From November 2017 through March 29, 2018, I was subjected to unequal terms and conditions of employment, in that Respondent had me do extra work duties, such as, walking the mall all day and not allowed to drive Respondent's vehicles.

4. Similarly situated employees under the age of 40 or significantly younger than myself were treated more favorably.

II.    A.    ISSUE/BASIS
           VERBAL REPRIMAND- MARCH 17, 2018, BECAUSE OF MY AGE, 61

     B.    PRIMA FACIE ALLEGATIONS
1. My age was 61 at the time of this harm.

2. My work performance as Security Officer met Respondent's expectations. I was hired in May 2015.

3. On March 17, 2018, I received a verbal reprimand. The reason given was because of broadcasting offensive or personal remarks over the radio.

4. Similarly situated employees under the age of 40 or significantly younger than myself were treated more favorably.

III.    A.    ISSUE/BASIS
           WRITTEN REPRIMAND – MARCH 26, 2018, BECAUSE OF MY AGE, 61

     B.    PRIMA FACIE ALLEGATIONS
1. My age was 61 at the time of this harm.

2. My work performance as Security Officer met Respondent's expectations. I was hired in May 2015.

# EXHIBIT B

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Richard Taylor<br>c/o Maudia Washington, Esq.<br>155 N. Wacker Drive Suite 4250<br>Chicago, IL 60606 | From: | Chicago District Office<br>230 S. Dearborn<br>Suite 1866<br>Chicago, IL 60604 |
|---|---|---|---|

RECEIVED EEOC
JUN 17 2019
CHICAGO DISTRICT OFFICE

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2018-01389 | Daniel Lim,<br>State & Local Coordinator | (312) 872-9669 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[ ] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Julianne Bowman*/mb                    6/07/2019

Julianne Bowman,
District Director                         (Date Mailed)

Enclosures(s)

cc:
PROFESSIONAL SECURITY CON
c/o Chief Executive Officer
34 Old Orchard Mall
Skokie, IL 60077