UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RICHARD TAYLOR,

    Plaintiff,

v.

PSC PROFESSIONAL SECURITY CONSULTANTS, INC,

    Defendants.

No. 1:19-cv-05918

Honorable Virginia M. Kendall, Judge Presiding

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND MOTION TO SCHEDULE SETTLEMENT CONFERENCE

Defendants, PROFESSIONAL SECURITY CONSULTANTS, INC, by their attorneys in this regard, Bradley E. Puklin, and DONOHUE BROWN MATHEWSON & SMYTH LLC, for their motion for extension of time to answer or otherwise plead, and motion to schedule a pre-trial settlement conference, state as follows:

1. Professional Security Consultants, Inc. was served with the subject complaint on September 6, 2019.

2. Professional Security Consultants, Inc.'s responsive pleading is due September 27, 2019.

3. Counsel for defendant has conferred with counsel for plaintiff, and all parties would like to attempt to resolve this case before incurring the cost associated with dispositive motions, responsive pleadings, and discovery.

4. Counsel for the parties would like to schedule a settlement conference with this court.

5. Defendant's representative with settlement authority is located out-of-state but would like to attend the settlement conference in person.

6. Counsel for defendant requests that a status conference be scheduled with this court to discuss the court's availability for a settlement conference so that defendant may make arrangements for its representative to travel to Chicago for the settlement conference.

7. Counsel for defendant requests that this court stay discovery and responsive pleadings until the parties have had the opportunity to attend a settlement conference.

8. In the alternative, counsel for defendants request leave to file a responsive pleading by October 18, 2019.

**WHEREFORE**, defendants PROFESSIONAL SECURITY CONSULTANTS, INC, hereby request an order staying responsive pleadings and discovery pending completion of a settlement conference, or in the alternative, an extension of time to answer or otherwise plead to on or before October 18, 2019.

        Respectfully submitted,

        DONOHUE BROWN MATHEWSON & SMYTH LLC

        By:/s/*Bradley E. Puklin*

DONOHUE BROWN MATHEWSON & SMYTH LLC
Bradley E. Puklin
Scott J. Kater
Attorneys for Respondent, PROFESSIONAL SECURITY CONSULTANTS, INC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
(312) 422-0900
service@dbmslaw.com
puklin@dbmslaw.com