UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Richard Taylor

                              Plaintiff,

v.                                                         Case No.: 1:19–cv–05918
                                                          Honorable Virginia M. Kendall

Professional Security Consultants, Inc.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Motion for extension of time to answer [5] is granted. Answer shall be filed by 10/18/2019. Case will be referred to Magistrate Judge Harjani for the purpose of a settlement conference. Parties are directed to contact the courtroom deputy for Judge Harjani to schedule settlement conference. Motion hearing set for 10/3/2019 is stricken.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.