**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RICHARD TAYLOR,

               Plaintiff,

    v.

PSC PROFESSIONAL SECURITY
CONSULTANTS, INC,

              Defendants.

No. 1:19-cv-05918

Honorable Virginia M. Kendall,
Judge Presiding

**PROFESSIONAL SECURITY CONSULTANTS, INC.'S**
**RULE 12(B)(6) MOTION TO DISMISS COUNT III AND COUNT IV OF PLAINTIFF'S**
**COMPLAINT AT LAW**

    Defendants, PROFESSIONAL SECURITY CONSULTANTS, INC, by their attorneys in this regard, Bradley E. Puklin, and DONOHUE BROWN MATHEWSON & SMYTH LLC, for its Rule 12(b)(6) motion to dismiss, state as follows:

**I.    INTRODUCTION**

    1.    Plaintiff filed his five-count complaint at law on September 4, 2019, in which he alleged violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634. *See* Plaintiff's Complaint at Law, attached as <u>Exhibit A</u>.

    2.    Professional Security Consultants, Inc. has simultaneously filed its answer and affirmative defenses to Counts I, II, and V.

    3.    Count III of plaintiff's complaint, titled "Retaliation" should be dismissed because plaintiff's April 19, 2018, termination cannot be causally related to a discrimination charge that he filed with the Illinois Department of Human Rights on June 4, 2018. <u>Exhibit A</u>, ¶ 42. Plaintiff's termination cannot have been motivated by a discrimination charge that did not yet exist.

4.      Count IV of plaintiff's complaint, titled "ADEA Coverage," should be dismissed because it is duplicative of the allegations contained in Counts I and II.

**II.     ARGUMENT**

5.      Plaintiff was previously employed as a security guard by defendant.  <u>Exhibit A</u>, ¶¶ 1, 9.

6.      Plaintiff was transferred to Old Orchard Mall in December 2015.  <u>Exhibit A</u>, ¶¶ 1, 10.

7.      Plaintiff alleges that he was discriminated against in violation of the ADEA when he arrived at his assignment at Old Orchard.  <u>Exhibit A</u>, ¶¶ 2, 11

8.      Plaintiff alleges that he was treated differently than his coworkers due to his age.  <u>Exhibit A</u>, ¶¶ 15-24.

9.      Count I is titled "Violation of the Age Discrimination in Employment Act."  <u>Exhibit A</u>.  Count I alleges that plaintiff was terminated and replaced with a younger employee.  <u>Exhibit A</u>, ¶ 26.

10.     Count II is titled Willful discrimination.  <u>Exhibit A</u>.  Count II includes allegations that defendant retaliated against plaintiff for complaining of age discrimination.  <u>Exhibit A</u>, ¶ 38. These allegations in Count II are not the subject of this motion.

11.     Count III is titled retaliation.  <u>Exhibit A</u>.  Count III alleges that defendant terminated plaintiff on April 18, 2018, in retaliation for an age discrimination charge that he filed with the Illinois Department of Human Rights on June 4, 2018.  <u>Exhibit A</u>, ¶ 42.

12.     Plaintiff cannot establish a causal connection between his termination on April 18, 2018, and a charge that he filed with the Illinois department of rights nearly two months later on

June 14, 2018. Plaintiff's termination could not have been motived by a charge that did not yet exist.

13.     Count IV is titled ADEA coverage. <u>Exhibit A</u>. Count IV alleges only that plaintiff was over the age of 40, and that defendant met the ADEA's definition of an "employer." <u>Exhibit A</u>, ¶¶ 47-48.

14.     Plaintiff's allegations that he was over the age of 40, and that defendant employed more than 15 persons, appear outside of Count IV. <u>Exhibit A</u>, ¶¶ 14, 27.

15.     The allegations contained in Count IV are duplicative to the allegations of Counts I and II, and therefore, Count IV should be dismissed. *DeGeer v. Gillis*, 707 F. Supp. 784, 795-796 (7th Cir. 2010) (holding that duplicative counts must be dismissed).

**WHEREFORE,** Defendant, PROFESSIONAL SECURITY CONSULTANTS, INC., respectfully requests that this Honorable Court enter an order dismissing Counts III and IV of Plaintiff's Complaint at Law with prejudice, and for such other and further relief that this Honorable Court deems just and appropriate.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:/s/*Bradley E. Puklin*

Thomas W. Cushing
Bradley E. Puklin
Attorneys for PROFESSIONAL SECURITY
CONSULTANTS, INC
140 South Dearborn Street, Suite 800
Chicago, Illinois 60603
(312) 422-0900
service@dbmslaw.com
cushing@dbmslaw.com
puklin@dbmslaw.com