UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>                Plaintiff,<br><br>  v.<br><br>PSC PROFESSIONAL SECURITY CONSULTANTS, INC,<br><br>                Defendants. | No.  1:19-cv-05918<br><br>Honorable Virginia M. Kendall,<br>Judge Presiding |

**PROFESSIONAL SECURITY CONSULTANTS, INC.'S REPLY IN SUPPORT OF ITS RULE 12(B)(6) MOTION TO DISMISS COUNT III AND COUNT IV OF PLAINTIFF'S COMPLAINT AT LAW**

      Defendants, PROFESSIONAL SECURITY CONSULTANTS, INC, by its attorneys in this regard, Bradley E. Puklin, and DONOHUE BROWN MATHEWSON & SMYTH LLC, for its reply in support of its Rule 12(b)(6) motion to dismiss, state as follows:

      Defendant previously moved to dismiss Count III of plaintiff's complaint, titled "Retaliation," because plaintiff's April 19, 2018, termination cannot be causally related to a discrimination charge that he filed six weeks later with the Illinois Department of Human Rights on June 4, 2018.  <u>Exhibit A</u>, ¶ 42.  Plaintiff's response argues that Count III of plaintiff's complaint at law states a claim for retaliation because, in 2015, plaintiff filed a racial discrimination and retaliation charge with the Equal Employment Opportunity Commission ("EEOC").  Plaintiff's arguments concerning his 2015 EEOC charge for racial discrimination and retaliation fails to provide a basis for denying this Rule 12(b)(6) motion for three reasons.  First, plaintiff's complaint does not contain any allegation regarding his 2015 EEOC charge, and therefore, the 2015 EEOC charge is irrelevant to a 12(b)(6) motion to dismiss.  Second, plaintiff's complaint alleges age discrimination, not race discrimination.  Therefore, plaintiff's

allegations regarding a 2015 racial discrimination charge cannot provide a basis for a retaliation claim arising out of plaintiff's subsequent age discrimination action. Third, plaintiff previously filed a racial discrimination charge after he received his right to sue letter in 2015. *See* plaintiff's amended complaint at law, attached as Exhibit B. Plaintiff's complaint was dismissed with prejudice on September 24, 2018, following a settlement agreement. *See* September 24, 2018, order, attached as Exhibit C. Notably, plaintiff's racial discrimination complaint was dismissed after he was terminated in April 2018. Any retaliation claims arising out off plaintiff's 2015 racial discrimination charge are barred by both the settlement itself, and the doctrine of *res judicata*.

Additionally, defendant moved to dismiss Count IV, titled "ADEA coverage" as duplicative. The allegations in Count IV merely incorporate all previous allegations, in addition to the allegations that defendant was an "employer" as defined by the ADEA, and that plaintiff was over the age of 40. Exhibit A, ¶¶ 46-48. Plaintiff alleges in the facts common to all counts that he is over the age of 40. Exhibit A, ¶ 14. Thus, the only allegation unique to Count IV is that defendant was an employer as defined by the ADEA. Exhibit A, ¶ 47. This single allegation does not support an independent cause of action. Therefore, the allegations of Count IV are duplicative and should be stricken.

Finally, this court should deny plaintiff's request to hold this motion in abeyance pursuant to Federal Rule of Civil Procedure 12(d). Plaintiff's motion should be denied because Rule 12(d) only applies where a 12(b)(6) motion relies upon matters outside of the pleadings. Defendant's motion to dismiss did not rely upon any documents outside of the pleadings. Accordingly, plaintiff's request for discovery pursuant to Rule 12(d) should be denied.

**WHEREFORE,** Defendant, PROFESSIONAL SECURITY CONSULTANTS, INC., respectfully requests that this Honorable Court enter an order dismissing Counts III and IV of Plaintiff's Complaint at Law with prejudice, and for such other and further relief that this Honorable Court deems just and appropriate.

Respectfully submitted,

DONOHUE BROWN MATHEWSON & SMYTH LLC

By:/s/*Bradley E. Puklin*

DONOHUE BROWN MATHEWSON & SMYTH LLC
Thomas W. Cushing ARDC No. 6196697
Bradley E. Puklin ARDC No. 6309950
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
Service by Facsimile: ( 312) 422-0909
Service by Email: service@dbmslaw.com
***Attorneys for Professional Security Consultants, Inc.***