180968

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD TAYLOR, | | |
|         Plaintiff, | | |
| v. | | No. 1:19-cv-05918 |
| PROFESSIONAL SECURITY CONSULTANTS, INC. | | Hon. Virginia M. Kendall |
|         Defendant. | | |

**JOINT STATUS REPORT**

The plaintiff, Richard Taylor representing himself *pro se*, and the defendant, Professional Security Consultants, Inc. ("PSC") by and through its attorneys, together provide this joint status report pursuant to the Court's May 26, 2020 order (Doc. 40) and paragraph 5 of the United States District Court for the Northern District of Illinois Third Amended General Order 20-0012, dated April 24, 2020.

    **A. The Progress of Discovery**

The Court originally ordered fact discovery to close by May 22, 2020 (Doc. 22), but with the withdrawal of Plaintiff's counsel and the onset of the COVID-19 pandemic, discovery has not progressed in any meaningful fashion. Further, Plaintiff Richard Taylor was diagnosed with Covid-19 and was treated for it for a month this Spring. Recently, the Court reset the May 26, 2020 status hearing on completion of discovery to July 1, 2020 (Doc. 39).

PSC served its mandatory initial disclosures upon Plaintiff on November 20, 2019. Plaintiff has also served his mandatory initial disclosures upon PSC. Plaintiff served PSC with written requests for discovery on December 9, 2019. No new witnesses or documents were identified by PSC beyond those contained in its initial disclosures. No depositions have been

planned due to the pandemic, and the only potential witnesses identified by any party have been those identified in PSC's and Tylor's initial disclosures.

Given the lack of progress in discovery, including plaintiff proceeding pro se, the challenges presented by the Covid-19 pandemic and plaintiff's recent treatment for Covid-19, the parties request that the Court extend the deadline for the completion of discovery.

**B. The Status of Briefing on Any Unresolved Motions**

Since the Court granted PSC's motion to dismiss Counts III and IV of Plaintiff's complaint (Doc. 28) on January 29, 2020, there are no pending unresolved motions in this action. Plaintiff did not file an amended complaint consistent with the Court's dismissal order. Counts I, II, and V remain operative. PSC submitted its answer to these allegations on October 18, 2019 (Doc. 15).

**C. Settlement Efforts**

Since the unsuccessful attempts at resolution at the settlement conference (*see* Doc. 18), there have been no further attempts at settlement.

**D. Agreed Proposed Schedule for the Next 45 Days**

The parties agree and propose that the Court further reset the July 1, 2020 status hearing on discovery consistent with the extended deadline for the completion of discovery proposed below.

**E. Agreed Proposed Revised Discovery and Dispositive Motion Schedule**

Given the current status of the case and the limited progress in discovery due to the circumstances described above, the parties agree and propose that the deadline for the completion of fact discovery should be extended to Friday, February 26, 2021.

**F. Requests for Agreed Court Action Without a Hearing**

The parties do not request that the Court take any action at this time.

**G. Whether a Telephonic Hearing is Necessary and Time Urgent**

The parties agree that a telephonic hearing with the Court is not currently necessary or time urgent.

The parties discussed this report and its contents via telephone on May 27, 2020. Plaintiff Richard Taylor and PSC, through its counsel, agree to the submission of this status report.

Dated: May 28, 2020

                                 DONOHUE BROWN MATHEWSON & SMYTH LLC

                                 By:   */s/ Mason W. Kienzle*
                                           Mason W. Kienzle

DONOHUE BROWN MATHEWSON & SMYTH LLC
Thomas W. Cushing
Mason W. Kienzle
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
cushing@dbmslaw.com
kienzle@dbmslaw.com

                                         RICHARD TAYLOR

                                 By:   */s/ Richard Taylor*
                                           Richard Taylor

Richard Taylor
P.O. Box 348
Kenosha, WI 53141
(262) 748-5255

## PROOF OF SERVICE

      I hereby certify that on May 28, 2020, I served this notice and the above-mentioned document either through the court electronic filing manager or an approved electronic filing service provider, if available. For all parties for which such service is not available, I served this notice and the above-mentioned document by regular mail as listed below.

      Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.

/s/*Mason W. Kienzle*
Mason W. Kienzle

**SERVICE LIST**

Richard Taylor
P.O. Box 348
Kenosha, WI 53141
(262) 748-5255