# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Richard Taylor

                        Plaintiff,

v.                                                        Case No.: 1:19–cv–05918
                                                          Honorable Virginia M. Kendall

Professional Security Consultants, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 19, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Status hearing held on 5/19/2021. Oral argument heard regarding Plaintiff's Motion for extension of time to complete Discovery and for leave to amend Complaint [50]. Plaintiff's Motion for extension of time to complete Discovery [50] is granted in part to allow Plaintiff's deposition to be completed. Deposition of Plaintiff shall be completed by 6/16/2021. Motion for Summary Judgment shall be filed by 7/16/2021. Response due by 8/13/2021; Reply due by 8/27/2021. Plaintiff's Motion to amend Complaint [50] is denied. Plaintiff's oral motion to take other depositions after review of Discovery is denied. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.