# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Richard Taylor

                    Plaintiff,

v.                                          Case No.: 1:19–cv–05918

                                                    Honorable Virginia M. Kendall

Professional Security Consultants, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 27, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Agreed Motion for extension of time to file Motion for Summary Judgment [59] is granted. Motion for Summary Judgment shall be filed by 7/28/2021. Response due by 8/25/2021; Reply due by 9/10/2021. Motion hearing set for 7/28/2021 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.