# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD TAYLOR, ) | |
| Plaintiff, ) | Case No. 19-cv-05918 |
| ) | |
| v. ) | Hon. Virginia M. Kendall |
| ) | |
| PROFESSIONAL SECURITY ) | |
| CONSULTANTS, ) | |
| Defendant. ) | |

## NOTICE OF UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

To:

Thomas W. Cushing
Donohue Brown Mathewson & Smyth LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com

    **PLEASE TAKE NOTICE** that on **August 25, 2021, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M Kendall, or any judge sitting in her stead in Courtroom 2503, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and present Plaintiff's **Unopposed Motion To Extend Time For Plaintiff To Respond To Defendant's Motion For Summary Judgment,** a copy of which is hereby served upon you.

    Respectfully,

    */s/ Janaan Hashim*
    _____
    Plaintiff's Limited Scope Attorney

    JANAAN HASHIM
    Amal Law Group, LLC
    161 N. Clark St. Ste. 1600
    Chicago, IL 60601
    312-882-4122
    jhashim@amallaw.com

## CERTIFICATE OF SERVICE

I, Janaan Hashim, an attorney, hereby certify that on Friday, August 20, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

*s/ Janaan Hashim*
Janaan Hashim
161 N. Clark St., Ste. 1600
Chicago, IL 60601
312-882-4122
jhashim@amallaw.com

**Service List:**
**Thomas W. Cushing**
Donohue Brown Mathewson & Smyth LLC
140 South Dearborn Street, Suite 800
Chicago, IL 60603
(312) 422-0900
service@dbmslaw.com
cushing@dbmslaw.com

**Bradley Edward Puklin**
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue
Suite 3300
Chicago, IL 60611
(312) 321-3543
Email: bpuklin@smbtrials.com

**Mason William Kienzle**
Donohue Brown Mathewson & Smyth LLC
140 South Dearborn Street
Suite 800
Chicago, IL 60603
3124220900
Email: kienzle@dbmslaw.com