**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Richard Taylor

                          Plaintiff,

v.                                                 Case No.: 1:19–cv–05918
                                                      Honorable Virginia M. Kendall

Professional Security Consultants, Inc.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 23, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Unopposed Motion to extend time for Plaintiff to respond [65] to Defendant's Motion for Summary Judgment [62] is granted. Response due by 9/1/2021; Reply due by 9/15/2021. Motion hearing set for 8/25/2021 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.