UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD TAYLOR, ) | |
| Plaintiff, ) | Case No. 19-cv-05918 |
| ) | |
| v. ) | Hon. Virginia M. Kendall |
| ) | |
| PROFESSIONAL SECURITY ) | |
| CONSULTANTS, ) | |
| Defendant. ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, Richard Taylor, by and through its attorney, Amal Law Group, and respectfully responds to Defendant's Motion for Summary Judgment and states the following:

1. Plaintiff Richard Taylor has worked for PSC since May 2015, where he started at Hawthorn Mall and later transferred to Old Orchard Mall. At Old Orchard Mall, he faced age discrimination and was issued arbitrary Notices For Improvement ("NOIs") by PSC. On March 29th, 2018, Mr. Taylor was suspended by PSC allegedly for disciplinary reasons, and then informed about his termination 0n April 19, 2018, allegedly due to poor work performance.

2. Plaintiff filed an IDHR charge (charge number 2018CA2594) on June 4, 2018 alleging discrimination based on age, and the EEOC issued a right to sue letter on June 7, 2019 (charge number 21BA81389). (Doc. No. 1)

3. Plaintiff filed this lawsuit against the Defendant alleging age discrimination under the Age Discrimination Employment Act, 29 U.S.C. § 621 *et. seq*.

4. Federal Rule of Civil Procedure 56 provides that summary judgment is appropriate:

if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine as to any material fact and that the moving party is entitled to a judgment as a matter of law." *Hemsworth v. Quotesmith.com, Inc.*, 476 F.3d 487, 489–90 (7th Cir. 2007).

5. Contrary to Defendant's assertions, there are issues of material fact present that preclude summary judgment, including whether a rational jury could find age discrimination in the terms and conditions of Plaintiff's work, his suspension, and termination..

6. For the reasons more fully set forth in Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, Plaintiff requests that this Court deny Defendant's Motion for Summary Judgment.

WHEREFORE, Plaintiff, Richard Taylor, requests that this Honorable Court deny Defendant's Motion for Summary Judgment and set this matter for trial.


DATE: August 31, 2021

                                          Respectfully submitted,

                                          AMAL LAW GROUP, LLC

                    BY:    */s/ Janaan Hashim*
                                          Janaan Hashim
                                          One of Plaintiff's Attorneys

                                          AMAL LAW GROUP, LLC
                                          Janaan Hashim
                                          161 N. Clark St., Ste. 1600
                                          Chicago, IL 60601
                                          312-882-4122
                                          ARDC #6288221

## Certificate of Service

The undersigned, an attorney, hereby certifies that on September 1, 2021, a copy of the foregoing was served by the Court's electronic filing system, upon the party of record.

BY: /s/ *Janaan Hashim*
Janaan Hashim
One of Plaintiff's Attorneys

AMAL LAW GROUP, LLC
Janaan Hashim
161 N. Clark St., Ste. 1600
Chicago, IL 60601
312-882-4122
ARDC #6288221