**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Richard Taylor

                Plaintiff,

v.                                               Case No.: 1:19–cv–05918
                                                Honorable Virginia M. Kendall

Professional Security Consultants, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 16, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendants' Agreed Motion for extension of time to file Reply [71] regarding Motion for Summary Judgment [62] is granted. Reply shall be due by 9/24/2021. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.